UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/09
```

MERCK EPROVA AG,

                Plaintiff,

-v-

BROOKSTONE PHARMACEUTICALS, LLC, a/k/a
ACELLA PHARMACEUTICALS, LLC,

                Defendant.

No. 09 Civ. 9684 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of Defendant's December 8, 2009 letter, which requests permission to file (1) a reply brief in support of its oral motion to transfer venue, and (2) a response to the legal and evidentiary materials recently submitted by Plaintiff in support of its motion for a preliminary injunction. The requests are hereby GRANTED. Defendant shall file its reply brief by December 9, 2009 and shall file its response to Plaintiff's preliminary-injunction materials by December 11, 2009.

SO ORDERED.

Dated:     December 8, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE