# Alicia Burgett

**From:** Celeste Creswell
**Sent:** Wednesday, July 27, 2011 11:15 AM
**To:** Clayton, Natalie; Eprova Team
**Cc:** Chris Parker; Zac Greene; Laura Ashby; Alicia Burgett; Norton, Dwayne
**Subject:** RE: Acella/Merck

Dear Natalie:

Thank you for returning my call this morning to further discuss the Reisetter report. Based on our conversation and my reading of the report, I understand that Dr. Reisetter's report in this case incorporates by reference his report in the Pamlab case but does not incorporate his report from the Sciele case.

Regards,

Celeste


**Celeste Creswell**
**Miller & Martin PLLC**

Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402
Phone (423) 785-8313
Fax (423) 321-1553





---

**From:** Clayton, Natalie [mailto:Natalie.Clayton@alston.com]
**Sent:** Tuesday, July 26, 2011 5:31 PM
**To:** Celeste Creswell; Eprova Team
**Cc:** Chris Parker; Zac Greene; Laura Gary; Alicia Burgett; Norton, Dwayne
**Subject:** RE: Acella/Merck

Dear Celeste,

We will have a supplemental document production to you later this week. With respect to Mr. Hoffman's deposition, Chris had already requested that it be rescheduled to August 23rd, which we have agreed to. Please see the attached email.

Your request that we identify whether we will be calling Dr. Reisetter at trial is premature since our trial witness lists are not yet due. We, moreover, fully reserve our right to call Dr. Reisetter at trial as his testimony is not in conflict with our stipulation regarding the Pamlab products.

Regards,

**EXHIBIT 1**

11/7/2011

Natalie

**From:** Celeste Creswell [mailto:ccreswell@millermartin.com]
**Sent:** Tuesday, July 26, 2011 3:00 PM
**To:** Clayton, Natalie; Eprova Team
**Cc:** Chris Parker; Zac Greene; Laura Gary; Alicia Burgett
**Subject:** RE: Acella/Merck

Natalie,

Please let me know about the supplemental document production. Also, let me know if Mr. Hoffman has additional availability, preferably not on a Wednesday or Thursday, so I can work around a conflict.

Finally, given our stipulation regarding the Pamlab products, please let us know if you intend to offer testimony from Dr. Reisetter at trial.

Regards,

Celeste


## Celeste Creswell
**Miller & Martin PLLC**

Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402
Phone (423) 785-8313
Fax (423) 321-1553





**From:** Celeste Creswell [mailto:ccreswell@millermartin.com]
**Sent:** Friday, July 15, 2011 4:21 PM
**To:** Clayton, Natalie; Eprova Team
**Cc:** Chris Parker; Zac Greene; Laura Gary; Alicia Burgett
**Subject:** RE: Acella/Merck

Natalie,

We have reserved these dates on our calendar (August 4 for Mr. Poret) and will issue notices. Regarding documents, please refer to Request Nos. 30-31 of our First Request for Production of Documents.

Regards,

Celeste


## Celeste Creswell
**Miller & Martin PLLC**

11/7/2011

Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402
Phone (423) 785-8313
Fax (423) 321-1553





---

**From:** Clayton, Natalie [mailto:Natalie.Clayton@alston.com]
**Sent:** Friday, July 15, 2011 11:28 AM
**To:** Celeste Creswell; Eprova Team
**Cc:** Chris Parker; Zac Greene; Laura Gary; Alicia Burgett
**Subject:** RE: Acella/Merck

Dear Celeste,

Mr. Poret is available for deposition on August 3rd or 4th in New York City. Dr. Reisetter is available for deposition on August 17th in Memphis and Mr. Hoffman is available for deposition on August 18th in Pittsburgh.

With respect to documents, can you please clarify what documents specifically you are seeking.

Regards,
Natalie

---

**From:** Celeste Creswell [mailto:ccreswell@millermartin.com]
**Sent:** Friday, July 15, 2011 10:45 AM
**To:** Eprova Team
**Cc:** Chris Parker; Zac Greene; Laura Gary; Alicia Burgett
**Subject:** Acella/Merck

Counsel:

Please provide available dates for the depositions of Messrs. Reisetter, Poret, and Hoffman. Also, please let us know when you will produce their documents.

Thank you.

---

**Celeste Creswell**
**Miller & Martin PLLC**

Suite 1000, Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402
Phone (423) 785-8313
Fax (423) 321-1553

11/7/2011




**CONFIDENTIALITY NOTICE**
The information contained in this e-mail message is legally privileged and confidential, and is intended only for the use of the addressee. If you are not the intended recipient, please be aware that any dissemination, distribution or copy of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by reply e-mail and delete this message and any attachments. Thank you.

Please also advise us immediately if you or your employer does not consent to receipt of Internet e-mail for confidential messages of this kind.

**DISCLAIMER**
Pursuant to Circular 230 issued by the United States Treasury Department and relating to practice before the Internal Revenue Service, any comment or opinion in this communication relating to a federal tax issue is not intended to be used, and cannot be used, by a taxpayer for the purpose of avoiding tax-related penalties that may be imposed on the taxpayer.


*********************************************************** IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
_____ NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

11/7/2011